# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| CHRISTINE OLDENBURG-McGEE, an individual, individually and on behalf of similarly-situated persons and entities, | Case No. 25-cv-11288 |
| Plaintiffs, | Hon. Shalina D. Kumar<br>Mag. Hon. Curtis Ivy, Jr. |
| v. | |
| REGENTS OF THE UNIVERSITY OF MICHIGAN; THE UNIVERSITY OF MICHIGAN, MICHIGAN MEDICINE; THE UNIVERSITY OF MICHIGAN MEDICAL SCHOOL; DR. DAVID MILLER, MD, MPH, individually in his personal and professional capacity; JOVITA THOMAS-WILLIAMS, individually in her personal and professional capacity; and HAKIM BERRY, individually in his personal and professional capacity, | |
| Defendants. | |

| | |
|---|---|
| Sarah S. Prescott (P70510)<br>Annemarie Smith-Morris (P87221)<br>SALVATORE PRESCOTT PORTER & PORTER, PLLC<br>105 E. Main Street<br>Northville, Michigan 48167<br>(248) 679-8711<br>prescott@sppplaw.com<br>smith-morris@sppplaw.com<br>*Attorneys for Plaintiffs* | Brian M. Schwartz (P69018)<br>Frances J. Hollander (P82180)<br>MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.<br>150 W. Jefferson, Ste. 2500<br>Detroit, MI 48226<br>(313) 963-6420<br>schwartzb@millercanfield.com<br>hollander@millercanfield.com<br>*Attorneys for Defendants* |

## **STIPULATED ORDER**

The Parties, by and through their undersigned counsel, submit this Stipulated Order, as follows:

**NOW WHEREFORE**,

1. On May 2, 2025, Plaintiff filed her Class Action Complaint and Jury Demand;

2. On May 6, 2025, the undersigned counsel conferred and Defendants' Counsel. Defendants' counsel offered to waive service of process under Fed. R. Civ. P. 4(d). Plaintiffs' counsel declined to send requests for waiver of service of process. Nonetheless, to avoid unnecessary expenses of serving the summons, Defendants' counsel has agreed to accept service of the Complaint and Summons for each Defendant;

3. The Parties have agreed that the deadline by which Defendants must answer or otherwise respond to Plaintiff's Class Action Complaint shall be on or before June 20, 2025; and

4. with the Court being otherwise fully advised on the premises;

**NOW THEREFORE, IT IS HEREBY ORDERED** that the deadline by which Defendants must answer or otherwise respond to Plaintiff's Class Action Complaint shall be on or before June 20, 2025.

**IT IS SO ORDERED.**

Dated: May 9, 2025                                s/Shalina D. Kumar
                                                  Shalina D. Kumar,
                                                  United States District Court Judge

We stipulate to entry of the above Order; notice of entry is hereby waived.

| | |
|---|---|
| /s/ Sarah S. Prescott | /s/ Brian M. Schwartz (w/ authorization) |
| Sarah S. Prescott (P70510) | Brian M. Schwartz (P69018) |
| Annemarie Smith-Morris (P87221) | Frances J. Hollander (P82180) |
| SALVATORE PRESCOTT PORTER & PORTER, PLLC | MILLER, CANFIELD, PADDOCK AND STONE, P.L.C. |
| 105 E. Main Street | 150 W. Jefferson, Ste. 2500 |
| Northville, Michigan 48167 | Detroit, MI 48226 |
| (248) 679-8711 | (313) 963-6420 |
| prescott@spplaw.com | schwartzb@millercanfield.com |
| smith-morris@spplaw.com | hollander@millercanfield.com |
| *Attorneys for Plaintiffs* | *Attorneys for Defendants* |

Dated: May 9, 2025                                Dated: May 9, 2025