# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

CHRISTINE OLDENBURG-McGEE, an individual, individually and on behalf of similarly-situated persons and entities,

    Plaintiffs,

v.

REGENTS OF THE UNIVERSITY OF MICHIGAN; THE UNIVERSITY OF MICHIGAN, MICHIGAN MEDICINE; THE UNIVERSITY OF MICHIGAN MEDICAL SCHOOL; DR. DAVID MILLER, MD, MPH, individually in his personal and professional capacity; JOVITA THOMAS-WILLIAMS, individually in her personal and professional capacity; and HAKIM BERRY, individually in his personal and professional capacity,

    Defendants.

Case No. 25-cv-11288

Hon. Shalina D. Kumar
Mag. Hon. Curtis Ivy, Jr.

---

Sarah S. Prescott (P70510)
Annemarie Smith-Morris (P87221)
SALVATORE PRESCOTT PORTER
& PORTER, PLLC
105 E. Main Street
Northville, MI 48167
(248) 679-8711
prescott@spplaw.com
smith-morris@spplaw.com
*Attorneys for Plaintiffs*

Brian M. Schwartz (P69018)
Frances J. Hollander (P82180)
MILLER, CANFIELD, PADDOCK
AND STONE, P.L.C.
150 W. Jefferson, Ste. 2500
Detroit, MI 48226
(313) 963-6420
schwartzb@millercanfield.com
hollander@millercanfield.com
*Attorneys for Defendants*

## **STIPULATED ORDER**

The Parties, by and through their undersigned counsel, submit this Stipulated Order, as follows:

**NOW WHEREFORE**,

1. On May 2, 2025, Plaintiff filed her Class Action Complaint and Jury Demand;

2. Pursuant to a Stipulated Order this Court entered on May 9, 2025, the deadline for Defendants to answer or otherwise respond to Plaintiff's Class Action Complaint is June 20, 2025;

3. On June 18, 2025, the Parties conferred about Defendants' Motion to Dismiss. As a result, the Parties agreed that Plaintiff will amend her Complaint before Defendants file their first responsive pleading;

4. The Parties have agreed that the deadline by which Plaintiff may file her Amended Class Action Complaint shall be on or before July 3, 2025;

5. The Parties have agreed that the deadline by which Defendants must answer or otherwise respond to Plaintiff's Amended Class Action Complaint shall be on or before July 25, 2025;

6. With the Court being otherwise fully advised on the premises;

**NOW THEREFORE, IT IS HEREBY ORDERED** that the deadline by which Plaintiff must filed her Amended Class Action Complaint shall be on or

before July 3, 2025, and the deadline by which Defendants must answer or otherwise respond to Plaintiff's Amended Class Action Complaint shall be on or before July 25, 2025.

**IT IS SO ORDERED.**

Dated: June 20, 2025											s/Shalina D. Kumar
												Hon. Shalina D. Kumar,
												United States District Court Judge

We stipulate to entry of the above Order; notice of entry is hereby waived.

| | |
|---|---|
| */s/ Sarah S. Prescott (with consent)* | */s/s Brian M. Schwartz* |
| Sarah S. Prescott (P70510) | Brian M. Schwartz (P69018) |
| Annemarie Smith-Morris (P87221) | Frances J. Hollander (P82180) |
| SALVATORE PRESCOTT PORTER & PORTER, PLLC | MILLER, CANFIELD, PADDOCK AND STONE, P.L.C. |
| 105 E. Main Street | 150 W. Jefferson, Ste. 2500 |
| Northville, MI 48167 | Detroit, MI 48226 |
| (248) 679-8711 | (313) 963-6420 |
| prescott@spplaw.com | schwartzb@millercanfield.com |
| smith-morris@spplaw.com | hollander@millercanfield.com |
| *Attorneys for Plaintiffs* | *Attorneys for Defendants* |

Dated: June 20, 2025											Dated: June 20, 2025